IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Prancik, Geraldine A

Printed: 2/26/08

Case Number: 05 B 51940
Judge: Wedoff, Eugene R
Filed: 10/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 20, 2007
Confirmed: February 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 18,282.35 |  |
| Secured: |  | 10,797.76 |
| Unsecured: |  | 4,813.46 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 949.69 |
| Other Funds: |  | 21.44 |
| Totals: | 18,282.35 | 18,282.35 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 1,700.00 | 1,700.00 |
| 2. | Hinsdale Bank & Trust | Secured | 5,606.52 | 5,606.52 |
| 3. | Hinsdale Bank & Trust | Secured | 5,191.24 | 5,191.24 |
| 4. | World Financial Network Nat'l | Unsecured | 156.30 | 15.46 |
| 5. | ECast Settlement Corp | Unsecured | 5,130.05 | 0.00 |
| 6. | Hinsdale Bank & Trust | Unsecured | 1,352.74 | 133.79 |
| 7. | Healthcare Associates Credit Union | Unsecured | 821.66 | 81.26 |
| 8. | Hinsdale Bank & Trust | Unsecured | 1,740.39 | 172.14 |
| 9. | ECast Settlement Corp | Unsecured | 3,566.43 | 352.75 |
| 10. | World Financial Network Nat'l | Unsecured | 231.06 | 17.51 |
| 11. | ECast Settlement Corp | Unsecured | 4,454.18 | 440.55 |
| 12. | American Express Centurion | Unsecured | 5,032.40 | 497.75 |
| 13. | ECast Settlement Corp | Unsecured | 803.64 | 79.49 |
| 14. | ECast Settlement Corp | Unsecured | 12,923.61 | 1,278.24 |
| 15. | RoundUp Funding LLC | Unsecured | 150.80 | 0.00 |
| 16. | Discover Financial Services | Unsecured | 9,285.16 | 918.39 |
| 17. | ECast Settlement Corp | Unsecured | 8,352.40 | 826.13 |
| 18. | Mid America Bank | Secured |  | No Claim Filed |
| 19. | Mid America Bank | Secured |  | No Claim Filed |
| 20. | Schottler & Zukosky | Priority |  | No Claim Filed |
| 21. | Bank Of America | Unsecured |  | No Claim Filed |
| 22. | Unum Life Ins Co of America | Unsecured |  | No Claim Filed |
| 23. | Dell Financial Services, Inc | Unsecured |  | No Claim Filed |
| 24. | CitiFinancial | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Prancik, Geraldine A

Printed: 2/26/08

Case Number: 05 B 51940
Judge: Wedoff, Eugene R
Filed: 10/13/05

$ 66,498.58    $ 17,311.22

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 350.50 |
| 5% | 178.65 |
| 4.8% | 227.86 |
| 5.4% | 192.68 |

$ 949.69

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

